**210B (12/09**)

# United States Bankruptcy Court

Maine
Case No. 09-21859
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Alan Gwinn
53 Crossing Brook Road
Cumberland Center ME 04021

Heidi Ann Gwinn
53 Crossing Brook Road
Cumberland Center ME 04021

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2013.

Name and Address of Alleged Transferor(s):

Claim No. 20: HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite 200, Tucson, AZ 85712

Name and Address of Transferee:

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/03/13

Alec Leddy
**CLERK OF THE COURT**

United States Bankruptcy Court
District of Maine

In re:                                                                    Case No. 09-21859-jbh
Mark Alan Gwinn                                                           Chapter 13
Heidi Ann Gwinn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0100-2           User: kscovill          Page 1 of 2           Date Rcvd: May 01, 2013
                               Form ID: trc            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
1575367      +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
              Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.


Date: May 03, 2013                      Signature:    _____

```
District/off: 0100-2          User: kscovill          Page 2 of 2          Date Rcvd: May 01, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2013 at the address(es) listed below:
        Lauren A. Thomas, Esq.    on behalf of Creditor   GMAC Mortgage, LLC lthomas@bmpc-law.com,
         bkecf@bmpc-law.com
        Lee Anne  Graybeal, Esq.    on behalf of Debtor Mark Alan Gwinn leeanne@graybeallaw.com,
         debbie@graybeallaw.com;graybeallawoffice@gmail.com;receptionist@graybeallaw.com;emily@graybeallaw
         .com
        Lee Anne  Graybeal, Esq.    on behalf of Joint Debtor Heidi Ann Gwinn leeanne@graybeallaw.com,
         debbie@graybeallaw.com;graybeallawoffice@gmail.com;receptionist@graybeallaw.com;emily@graybeallaw
         .com
        Office of U.S. Trustee    ustpregion01.po.ecf@usdoj.gov
        Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
        Peter C. Fessenden    jawill@chap13.com,
         tdegen@chap13.com;ecfclerk@chap13.com;chadley@chap13.com;wsandstead@chap13.com
                                       TOTAL: 6